UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 23-CV-23824-MARTINEZ

CLAUDE HAMAOUI,

    Plaintiff,

v.

SBLA, INC.,

    Defendant.

_____/

## FINAL ORDER OF DISMISSAL WITHOUT PREJUDICE

THIS MATTER is before the Court upon Plaintiff's Notice of Voluntary Dismissal Without Prejudice. (ECF No. 9.) Defendant has not filed a response, crossclaim, or counterclaim, and Plaintiff requests dismissal of the action in its entirety without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A). *Id.* Accordingly, it is **ORDERED** and **ADJUDGED** that:

1. This action is **DISMISSED without prejudice**.
2. All parties shall bear their own attorney's fees and costs.
3. The Clerk of Court is directed to mark this case as **CLOSED**.

DONE AND ORDERED in Chambers at Miami, Florida, this **29** day of November, 2023.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record